**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6244**

DARREL R. FISHER,

        Plaintiff - Appellant,

    v.

SARAH RALSTON; W. EARL BRITT; JEAN ZULA,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:18-ct-03165-FL)

Submitted: June 20, 2019                     Decided: June 25, 2019

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Darrel R. Fisher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel R. Fisher seeks to appeal the district court's order denying relief on his action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).[*] We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Fisher v. Ralston*, No. 5:18-ct-03165-FL (E.D.N.C. Jan. 14, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Although the new claims raised in the amended complaint were dismissed without prejudice, the court's order is final and appealable because Fisher cannot cure the defects simply by amending the complaint. *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 629-30 (4th Cir. 2015).